# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No: 6:18-mj-1715

**JADA THOMAS,**

    **Defendant,**

_____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Jada Thomas, in the above-styled cause.

The Clerk is requested to remove Karla Reyes, as the notice counsel, and enter the appearance of Michael Ryan, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 15th day of November 2018.

                                          DONNA LEE ELM
                                          FEDERAL DEFENDER

                                          */s/ Michael Ryan*
                                          Michael Ryan
                                          Assistant Federal Defender
                                          Florida Bar No. 0018139
                                          201 South Orange Avenue, Suite 300
                                          Orlando, FL 32801
                                          Telephone: 407-648-6338
                                          Fax: 407-648-6095
                                          E-Mail: michael_ryan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Chauncey Bratt, Assistant United States Attorney, this 15th day of November 2018.

*/s/ Michael Ryan*
Attorney for Defendant